

The following constitutes the order of the court.
Signed February 6, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

    Steven Edmund Tom,

          Debtor.

No. 14-44875

Chapter 7

**MEMO REGARDING BAYVIEW LOAN SERVICING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    Steven Edmund Tom ("Debtor") filed a Chapter 7 petition on December 16, 2014 (Doc. 1). On January 12, 2015, creditor Bayview Loan Servicing, LLC ("Movant") filed a Motion for Relief from the Automatic Stay ("Motion") (Doc. 15). A hearing on the Motion was held on February 4, 2015. Appearances were made on the record. The Debtor contends he submitted an application for a loan modification to the Movant and requested that the Court refrain from granting Movant relief in light of the pending application. The Movant could not confirm receipt of a

1

loan modification application.  The Court took the matter under submission and instructed the Debtor to submit documents showing he submitted a completed application for a loan modification to the Movant.

On February 4, 2015, the Debtor filed a letter from the Movant on the docket (Doc. 20).  In the letter the Movant acknowledges receipt of some correspondence from the Debtor regarding a "request for mortgage assistance."  On February 5, 2015, the Debtor submitted various documents to the Court concerning his attempt to negotiate a modification agreement with the Movant.  After reviewing all the documents submitted by the Debtor, the Court cannot reach a definitive conclusion to the question of whether the Debtor has submitted a complete application for a loan modification to the Movant. In order to assist in the resolution of this issue, the Movant shall file with the Court a declaration stating whether the Movant has received from the Debtor an application for loan modification and, if such an application has been received, whether it remains pending.  The Movant shall file the declaration by **February 13, 2015.**

**\*\*End of Memorandum\*\***

**COURT SERVICE LIST**

Steven Edmund Tom
3610 Loma Vista Avenue
Oakland, CA 94619

Christina J. O
Dane W. Exnowski
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612