

**Entered on Docket**
**December 23, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the court.**
**Signed December 23, 2015**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Steven Edmund Tom,

        Debtor.

No. 14-44875

Chapter 7

**MEMORANDUM RE ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

    On June 17, 2015, an *Order Reopening Chapter 7 Case* was entered (Doc. 41). The case was reopened so that the United States Trustee could conduct an examination of Debtor. An *Order for Rule 2004 Examination and to Produce Documents* was entered on June 17, 2015 (Doc. 42). The examination was scheduled for July 13, 2015. No further action has been taken in the case. The case will be re-closed on January 6, 2016, unless the United States Trustee files a document explaining why the case should remain open prior to that date.

**End of Memorandum**

**COURT SERVICE LIST**

Margaret H. McGee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612